UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re<br>Kristen L. Lunden<br>      Debtor(s) | Chapter 7<br>No. 14-40412-MSH |

DEBTOR'S EMERGENCY MOTION (A) TO STRIKE FROM THE PUBLIC RECORD
AND THIS COURT'S ELECTRONIC FILING SYSTEM THE EXHIBIT
TO OPPOSITION OF LENKAR, LLC TO DEBTOR'S MOTION
TO AVOID JUDICIAL LIEN AND (B) FOR SANCTIONS

To the Honorable Melvin S. Hoffman, Bankruptcy Judge:

Now comes Kristen L. Lunden (the "Debtor"), and respectfully represents that:

1. The Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on March 7, 2014.

2. By motion filed on March 19, 2009 the Debtor sought to avoid a judicial lien held by Lenkar, LLC ("Lenkar") on the residence owned by her and her father located at 355 School Street, Athol MA 01331. (the "Residence").

3. On March 25, 2014 Lenkar filed an opposition. Attached to the Opposition is a Financial Statement containing private information, dated November 5, 2013 and provided to Lenkar by the Debtor in furtherance of Lenkar's collection activities in late 2013.

4. After review of the Financial Statement and determination that it contained personal information, Debtor's counsel immediately made demand upon Lenkar to notify this court of its error and have the document stricken from the public record, and further to indemnify the Debtor for all losses sustained as a result of Lenkar's disclosure of her personal information.

5. Lenkar has refused to take any action to remedy its egregious mistake and has, to the contrary refused to take any such action, stating, in direct contravention of the requirement contained in Fed R. Bankruptcy. Pro. 9037, that it would be inappropriate for it to redact any information, private or otherwise, from the document it submitted. A copy of the exchange of communication between counsel for the Debtor and counsel for Lenkar is attached hereto at A.

6. Lenkar's actions are an invasion of the Debtor's privacy, have subjected her to current and potential future damages, including but not limited to the attorney's fees and costs to

    correct Lenkar's error, and potential future identity theft.

7. Emergency determination is requested as the longer the private information is in the public realm the greater will be the threat to the Debtor's future privacy.

WHEREFORE Kristen L. Lunden prays that this court

1. Immediately strike the Exhibit to Lenkar's Opposition to debtor's Motion to Avoid Judicial Lien;

2. Schedule a hearing on the Debtor's motion an emergency basis;

3. Grant the Debtor its reasonable attorney's fees and costs in prosecuting this motion;

4. Grant the Debtor $10,000 in damages;

5. Order Lenkar, LLC to provide the Debtor and pay for credit monitoring for a period of not less than 10 years.

6. Order that Lenkar, LLC indemnify the Debtor for all future damages, including specifically, any future theft and use of her identity; and

7. Grant her such further and other relief as is just.

                                              Kristen L. Lunden
                                              By her attorney


                                              /S/   David M. Nickless
                                              David M. Nickless, Esq.
                                              Nickless, Phillips & O'Connor
                                              625 Main Street
                                              Fitchburg, MA 01420
                                              (978) 342-4590
                                              BBO  No 371920
                                              dnickless.nandp@verizon.net

CERTIFICATE OF SERVICE

       I, David M. Nickless, do hereby certify that I will immediately upon receipt of the notice of electronic service serve a copy of the within pleading by mailing same to any of the parties listed below not noted as having received electronic service.

United States Trustee
446 Main Street, 14th Floor
Worcester MA, 01608
*VIA ECF*

John A. Burdick
PO Box 101
Paxton, MA 01612
*Trustee – VIA ECF*

Lenkar, LLC
45 Sterling Street
West Boylston, MA 01583
Attn: Paul B. Lenkarski, Manager
*Via Regular and Certified Mail*

Russell S. Chernin, Esq.
The Slater Building
390 Main Street, Ste 659
Worcester, MA 01608
*Counsel to Lenkar, LLC-VIA ECF*

Dated: March 26, 2014

/s/ David M. Nickless
David M. Nickless

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In re
Kristen L. Lunden
    Debtor(s)

Chapter 7
No. 14-40412-MSH

ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN
PURSUANT TO SECTION 522(f) OF THE BANKRUPTCY CODE

At Worcester, in said District, this _____ day of _____, 2014.

This matter having come before me on the motion of Kristen L. Lunden, the debtor in this proceeding, to avoid judicial lien, notice having been provided to interested parties, good cause appearing therefore, and no objections having been filed, it is hereby

ORDERED that,

1. The Execution of Lenkar, LLC encumbering Kristen L. Lunden's interest in the real estate located at 355 School Street, Athol, MA 01331 in the amount of $21,256.43 recorded in the Worcester Registry of Deeds at Book 51223 Page 174 is hereby avoided in its entirety.

2. Pursuant to 11 USC Section 349(b)(1)(B) the aforesaid judicial lien shall be reinstated if the case is dismissed unless this court, for cause, subsequently orders otherwise.

_____
Melvin S. Hoffman
Bankruptcy Judge