## David Nickless

| | |
|---|---|
| **From:** | David Nickless [dnickless.nandp@verizon.net] |
| **Sent:** | Tuesday, March 25, 2014 12:49 PM |
| **To:** | 'loophole25@verizon.net' |
| **Cc:** | 'John Burdick' |
| **Subject:** | Lunden avoid lien |

Russell:

I received the Opposition, and most importantly the exhibit, that you filed in response to my client's motion to avoid judicial lien. I demand that you *immediately* notify the court that the exhibit was filed in error, have it stricken from the court's ECF system, and have your client indemnify Mrs. Lunden from and against all damages, current and prospective, incurred by your failure to redact her SSN.

Finally, as you are aware, 522(f) provides for avoidance of a judicial lien that impairs a debtor's exemption. The equity cited by you, which we dispute based upon the valuation recently obtained from Mr. Paoletti, remains woefully insufficient to enable your client to even sniff non-exempt equity in my client's residence. Her over-optimism last November regarding the value of her residence is immaterial. I ask that you reconsider the propriety of continued prosecution of your opposition.

Dave Nickless

# David Nickless

| | |
|---|---|
| From: | David Nickless [dnickless.nandp@verizon.net] |
| Sent: | Tuesday, March 25, 2014 1:57 PM |
| To: | 'Russell Chernin' |
| Cc: | 'John Burdick' |
| Subject: | RE: Lunden avoid lien |

Russell: With all due respect it is your obligation to redact my client's private information prior to filing any pleading, and you are reminded of that prior to submission by the ECF system. It is also your responsibility to correct your error. Please do ASAP. I did not mention the fact that you included in your submission, not just her SSN, but her home phone number and DOB. We as trustees, are prohibited from putting any of that information on any public record, including the voice recording of the 341 meeting. You have provided the world with a complete roadmap of my client's personal information, such that anyone who accesses it can steal her identity. If you are unable or unwilling to correct your error I will file the motion you have yet to submit, but am advising you in advance that I will seek immediate payment for damages arising from the violation of my client's privacy rights.

Dave Nickless

**From:** Russell Chernin [mailto:loophole25@verizon.net]
**Sent:** Tuesday, March 25, 2014 1:01 PM
**To:** David Nickless
**Subject:** Re: Lunden avoid lien

Dear David,

I am not withdrawing my client's opposition to your motion. The exhibit is an admission by Ms. Lunden as to all matters contained thereon.

As to the social security number, I do apologize as I did not notice that it was on the form. I was looking at the substantive information. Even so, I would be most reluctant to modify a document signed by someone else's client. I, of course, would not oppose your request to the court that the social security number be redacted.

*Russell S. Chernin, Esquire*
*390 Main Street*
*Worcester, MA 01608*
*Tel.: 508-753-8118*
*Fax: 508-791-8994*

1